# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JORGE I. RAMOS, and other
similarly situated individuals,

      Plaintiff,

v.                                            Case No.   3:23-cv-369-MMH-MCR

K & T PROFESSIONAL STONE
INSTALLATION LLC, et al.,

      Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 9; Notice) filed on April 20, 2023.  In the Notice, Plaintiff requests dismissal of this matter without prejudice.  See Notice at 1.  Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of April, 2023.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties